IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT JERMAINE COLEMAN,

     Petitioner,                 No. CIV S-00-0567 MCE JFM P

     vs.

JAMES ROWLAND,

     Respondent.           ORDER

_____/

     This petition for writ of habeas corpus was dismissed on May 4, 2005.  On August 10, 2005, petitioner filed a document in which he requests "the documents to comprise the excerpt of record."  This matter is currently on appeal to the Ninth Circuit Court of Appeals.  On June 20, 2005, the appeal was processed by the Clerk of this court and the Clerk of the Ninth Circuit Court of Appeals was notified that the record on appeal was available and would be transmitted upon request.  Petitioner is advised that any further concerns he may have related to his appeal should be addressed to the Court of Appeals and not to this court.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 19, 2005.

UNITED STATES MAGISTRATE JUDGE

JFM:8:cole0567.o